No. 82–6668. DUNCAN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 82–6669. GASTELUM-ALMEIDA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 82–1183. LEDERER v. UNITED STATES;
No. 82–1187. MURPHY v. UNITED STATES;
No. 82–1199. THOMPSON v. UNITED STATES;
No. 82–1240. CRIDEN v. UNITED STATES; and
No. 82–1255. MYERS ET AL. v. UNITED STATES. C. A. 2d Cir. Motion of American Civil Liberties Union Foundation in No. 82–1199 for leave to file a brief as *amicus curiae* granted. Certiorari denied. Reported below: 692 F. 2d 823.

No. 82–1289. CHICAGO HOUSING AUTHORITY v. GAUTREAUX ET AL. C. A. 7th Cir. Certiorari denied. JUSTICE STEVENS took no part in the consideration or decision of this petition.